**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | **Case No. 2:25-cr-98** |
| **v.** | : | **JUDGE MARBLEY** |
| **AMY SMART,** | : | |
| **Defendant.** | : | |

## ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 30) that the defendant's guilty plea be accepted.  The Court accepts the defendant's plea of guilty to Count 1 of the Indictment, and she is hereby adjudged guilty on this count.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

**IT IS SO ORDERED.**

**DATED: May 26, 2026**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**